ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Phoenix Hawk Construction Company | ) | ASBCA No. 60987 |
| | ) | |
| Under Contract No. W56JSL-12-P-2162 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Aghasherin Ahmady
                                                        President and CEO

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                                              Army Chief Trial Attorney
                                                              Dana J. Chase, Esq.
                                                              Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE TIMOTHY P. MCILMAIL

On June 4, 2020, the government filed a notice of its affirmative defenses in this appeal, in which it included that the appeal was untimely under 41 U.S.C. § 7104(a), which requires that a contractor must file a notice of appeal with the Board within 90 days from the receipt of a contracting officer's final decision. On June 8, 2020, the Board ordered that, no later than June 26, 2020, appellant respond to the government's June 4, 2020 suggestion of no jurisdiction. Appellant never filed any such response. On July 27, 2020, the government requested that the Board dismiss the appeal for failure to prosecute. On July 29, 2020, the Board ordered that, no later than August 7, 2020, appellant (1) respond to the government's June 4, 2020 suggestion of no jurisdiction; (2) respond to the government's July 27, 2020 motion to dismiss for failure to prosecute; and (3) show cause why the appeal should not be dismissed for failure to comply with the Board's June 8, 2020 order. Again, appellant never responded. Appellant has deliberately ignored the Board's orders, and has given no consideration to the Board's attempts to efficiently process the appeal. Accordingly, the appeal is dismissed with prejudice for failure to prosecute the appeal or comply with Board orders under Board Rule 17. *See Courtney Ake*, ASBCA No. 61610, 2018 WL 6578658 (Nov. 26, 2018) (citing cases).

Dated: December 10, 2020

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur


_____                     _____
RICHARD SHACKLEFORD                           OWEN C. WILSON
Administrative Judge                          Administrative Judge
Acting Chairman                               Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 60987, Appeal of Phoenix
Hawk Construction Company, rendered in conformance with the Board's Charter.

        Dated:  December 10, 2020



                                              _____
                                              PAULLA K. GATES-LEWIS
                                              Recorder, Armed Services
                                              Board of Contract Appeals